BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Email: Rebecca_Silbert@fd.org
Counsel for Defendant JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-01-0425 PJH |
| ) | |
| Plaintiff, ) | **STIPULATION REGARDING** |
| vs. ) | **SENTENCE REDUCTION UNDER** |
| ) | **U.S.S.G. AMENDMENT 706 (AS** |
| VAUGHNTESE JAMES, ) | **AMENDED BY 711)** AND ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The Court has indicated that it is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level:   31

   Criminal History Category:   III

   Guideline Range:   135-168

   Mandatory Minimum: 60 months

Stip and Proposed Order Reduction Sentence            1

3. Defendant was sentenced to 97 months imprisonment on July 10, 2002. The sentence imposed included a downward departure from 135 to 97 months.

4. Defendant's current projected release date is January 22, 2009.

5. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

    Total Offense Level:   29

    Criminal History Category:   III

    Guideline Range:   108-135

7. Pursuant to Note 3 of Amended Guideline § 1B1.10, defendant is eligible for a comparable reduction below the amended guideline range.

8. The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.

9. Based upon the foregoing, the parties hereby stipulate that a sentence of 78 months is appropriate in this matter.

10. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

11. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

12. Defendant waives his right to appeal the district court's sentence.

13. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and

USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

IT IS SO STIPULATED:

/S/

Date: 3/24/08

Rebecca Sullivan Silbert
Counsel for Vaughntese James

/S/

Date: 3/24/08

Erika Frick
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the above stipulation, the Court hereby ORDERS the following:

1. The Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2);

2. The original Judgment in the above-captioned case is AMENDED to impose a term of imprisonment of **78 months**. All other aspects of the original judgment, including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

3. Defendant's original guideline calculation was as follows:

   Total Offense Level:   31

   Criminal History Category:   III

   Guideline Range:   135-168

1        Mandatory Minimum: 60 months

2        Sentence Imposed:    97 months

3   4.    Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §

4 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission

5 Guidelines Manual;

6   5.    Defendant's revised guideline calculation is as follows:

7        Total Offense Level:   29

8        Criminal History Category:   III

9        Guideline Range:      108-135

10   6.    Because defendant received a downward departure at his initial sentencing, he is eligible

11          for a comparable reduction in this modification;

12   7.    Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43,

13          18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v.*

14          *United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir.

15          2007).

16   8.    Defendant has waived his right to appeal the sentenced imposed by this Order.

19 Date: 3/25/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA